FILED

09/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA-22-0389

_____

KELLY DEAN WORTHAN

      Petitioner and Appellant,

  vs.

STATE OF MONTANA,

      Respondent and Appellee.

_____

**ORDER GRANTING MOTION TO CONSOLIDATE**

_____

Upon consideration of Appellant Kelly Dean Worthan's, Motion to Consolidate, with no objection from the State of Montana and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. DA-22-0389 and DA-22-0390 are hereby consolidated under Cause No. DA-22-0389 and henceforth captioned as above.

      Electronically signed below:

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 19 2022

1